**Nos. 2016-1389, -1391, -1433, -1436, -1437, -1440, -1441**

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

ZOND LLC,

*Appellant*,

v.

ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,

*Appellees*.

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00578, IPR2014-00604, IPR2014-00818, IPR2014-00819, IPR2014-00821, IPR2014-00827, IPR2014-00863, IPR2014-00865, IPR2014-00866, IPR2014-00867, IPR2014-01012, IPR2014-01013, IPR2014-01014, IPR2014-01015, IPR2014-01016, IPR2014-01046, IPR2014-01057, IPR2014-01063, IPR2014-01075, IPR2014-01098, IPR2014-01482, and IPR2014-01494

---

**THE GILLETTE COMPANY'S UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME FOR ALL APPELLEES TO FILE OPENING BRIEFING**

---

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee The Gillette Company respectfully moves for a 60-day extension of the time within which all Appellees may file their principal briefing. Counsel for all other Appellees informed counsel for Gillette that they support this motion and will not file responses. Counsel for Appellant Zond LLC informed

counsel for Gillette that Zond does not oppose this motion and will not file a response.

Appellees' principal briefing is currently due on or before Thursday, April 21, 2016.  Gillette respectfully requests that the briefing schedule be revised such that the deadline for all Appellees is extended by 60 days.  If Gillette's request is granted, Appellees' principal briefing would be due Monday, June 20, 2016. Neither Gillette nor any other Appellee has previously sought an extension of time for filing its brief.

Gillette requests the additional time to allow all Appellees to coordinate their briefing to most efficiently present their arguments, which will reduce the burden on the Court and parties.

For the foregoing reasons, Gillette respectfully requests that its motion be granted.

Dated:  March 17, 2016

Respectfully submitted,

/s/ *Mark G. Matuschak*

MARK G. MATUSCHAK
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Counsel for Appellee The Gillette Company*

# CERTIFICATE OF INTEREST

Counsel for Appellee The Gillette Company certifies the following:

1.      The full name of every party or *amicus* represented by us is:

   The Gillette Company

2.      The names of the real party in interest represented by us is:

   The Gillette Company

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Procter & Gamble Co.

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   WILMER CUTLER PICKERING HALE AND DORR LLP:  David L. Cavanaugh, Mark C. Fleming, Eric F. Fletcher, Mark G. Matuschak, Larissa Bifano Park, Michael Diener (former)

Dated:  March 17, 2016                    /s/ *Mark G. Matuschak*
                                          Mark G. Matuschak

**Nos. 2016-1389, -1391, -1433, -1436, -1437, -1440, -1441**

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

ZOND LLC,

*Appellant*,

v.

ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,

*Appellees*.

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00578, IPR2014-00604, IPR2014-00818, IPR2014-00819, IPR2014-00821, IPR2014-00827, IPR2014-00863, IPR2014-00865, IPR2014-00866, IPR2014-00867, IPR2014-01012, IPR2014-01013, IPR2014-01014, IPR2014-01015, IPR2014-01016, IPR2014-01046, IPR2014-01057, IPR2014-01063, IPR2014-01075, IPR2014-01098, IPR2014-01482, and IPR2014-01494

---

**DECLARATION OF MARK G. MATUSCHAK IN SUPPORT OF THE GILLETTE COMPANY'S UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME FOR ALL APPELLEES TO FILE OPENING BRIEFING**

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel to Appellee The Gillette Company in this appeal.  I am submitting this declaration of counsel in support of Gillette's motion for a 60-day extension for all Appellees to file their opening briefing.

2.      Under the current briefing schedule, Gillette and all other Appellees must file their opening briefing on or before Thursday, April 21, 2016.  Gillette

respectfully requests that this date be extended by 60 days to Monday, June 20, 2016.

3.     Gillette and all other Appellees have not received any previous extension of time with respect to opening briefing.

4.     This case involves the consolidation of twenty-two proceedings before the Patent Trial and Appeal Board and seven separate appeals to this Court. There are four different Appellee groups, each represented by different counsel. Counsel for the various Appellees intend to coordinate regarding preparation of briefing to ensure the most efficient presentation to the Court of Appellees' arguments, which will reduce the burden on the Court and parties. The additional time requested herein will facilitate the coordination of briefing.

5.     Pursuant to Federal Circuit Rule 27(a)(5), counsel for Gillette has conferred with counsel for all other Appellees and counsel for Appellant regarding this motion. All other Appellees support this motion. Appellant does not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2016                    /s/ *Mark G. Matuschak*

                                                    MARK G. MATUSCHAK

                                                    WILMER CUTLER PICKERING

                                                      HALE AND DORR LLP

                                                    60 State Street

                                                    Boston, MA  02109

                                                    (617) 526-6000

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of March, 2016 I filed the foregoing

Appellee The Gillette Company's Unopposed Motion For A 60-Day Extension For

All Appellees To File Opening Briefing with the Clerk of the United States Court

of Appeals for the Federal Circuit via the CM/ECF system, which will send notice

of such filing to all registered CM/ECF users.


/s/ Mark G. Matuschak
MARK G. MATUSCHAK
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

March 17, 2016